LAWYERS
# KECK & PHILLIPS, L.L.C.
3140 E. DIVISION ST.
SPRINGFIELD, MO 65802
(417) 890-8989-office
(417) 890-8990-fax

<u>Partners</u>
PATRICIA KECK*
DAMON PHILLIPS**
JOHN SPURLOCK

<u>Of Counsel</u>
SEAN MCGINNIS
TY HARDEN
MICHAEL TIGHE

<u>Outside Counsel</u>
FRANK COTTEY

<u>Associate</u>
SAMUEL PECK

<u>Investigator</u>
MARLA MILLER

* Member, Licensed
in Kansas and Arkansas

**Member

September 29, 2021

Honorable M. Douglas Harpool
District Judge
US District Court
Western District of Missouri

  Re: Doe v. Taney County, et al.
    Case No. 6:20-cv-03217-MDH

Dear Judge Harpool:

  This correspondence is to advise the Court that this case has settled. Once all the settlement paperwork has been finalized, we will request the case to be dismissed.

        Sincerely,

        KECK & PHILLIPS, LLC

        By */s/ Patricia A. Keck*
          Patricia Keck

PAK:km

cc: Counsel of record